UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: AQUANETTE CHARMAINE MARKEY     CASE NO. 17-11839

SECTION A

DEBTOR     CHAPTER 13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER APPROVING TERMS OF STIPULATION**

Considering the Motion for Relief from Stay (the "Motion") (P-29) filed by SN Servicing Corporation, as servicer for US Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust ("Mover"), and the Stipulation resolving the Motion ("Stipulation") (P-35) signed by Mover and Counsel for Debtor.

Mover has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date for the Motion; and

The Court having considered the merits of the Motion and all exhibits attached thereto as well as the Stipulation terms; therefore:

IT IS ORDERED that Debtor is delinquent in their post-petition payments as follows:

1. 13 Post-Petition Installments of $581.42 each due for
August 1, 2017 to August 1, 2018 …...……..………………………     $7,558.46

2. Attorney Fee ………………………………………………………     500.00

3. Court Cost …………………………………………………………     <u>181.00</u>

TOTAL     **$8,239.46**

IT IS FURTHER ORDERED that Debtor will pay the sum of $4,700.00 within fifteen (15) days from the entry of this Order thereby reducing the post-petition delinquency to $3,539.46. If SN Servicing Corporation does not receive $4,700.00 within the fifteen (15) days, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and

Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court may lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that the Debtor shall cure the remaining post-petition delinquency of $3,539.46 by paying five (6) equal monthly installments of $589.91 directly to SN Servicing Corporation beginning September 1, 2018 and ending February 1, 2019. This amount is in addition to the regular monthly payment. If SN Servicing Corporation does not receive the additional payment or any part thereof within thirty (30) days of its due date, which is the first (1st) of the month, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court may lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that Debtor shall pay the ongoing post-petition payments timely as they come due directly to SN Servicing Corporation commencing with the September 1, 2018 payment. Should SN Servicing Corporation not receive a regular post-petition payment on its due date, which is the first (1st) of the month, and thirty (30) days lapse without receipt of the payment, then said event will constitute a default of this Order, and SN Servicing Corporation shall provide Debtor and Debtor's counsel with written notice of default and fourteen (14) days right to cure. Should the default not be cured within the fourteen (14) days, the Court may lift the stay upon the presentation of an affidavit of default executed by a representative of SN Servicing Corporation.

IT IS FURTHER ORDERED that should this case be converted to any other Chapter of the Bankruptcy Code, this Order shall survive conversion. This order shall survive one (1) year after entry of this order, or until this case is dismissed, if the dismissal occurs prior to the passage of the one (1) year period referenced herein.

IT FURTHER ORDERED that counsel shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, August 27, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge