## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF:

AQUANETTE MARKEY

DEBTOR

CASE NO 17-11839
SECTION A

CHAPTER 13

## ORDER

This matter came before the Court on November 27, 2018, as a First Motion to Modify Plan filed by the Debtor **(P-48)**.

Present at the hearing were: Mark Needham, Counsel for Debtor; and Andrew Wiebelt, II, Counsel for Chapter 13 Trustee

The Court having considered the merits of the Motion, the arguments of counsel, proper service having been provided to all parties, and being of the opinion that the relief requested is in the best interest of the debtor, the creditors, and the estate, and the objection of the trustee having been withdrawn,

**IT IS ORDERED** that the Motion is **GRANTED** and the Debtor's plan is modified to surrender her home in full satisfaction to SN Servicing Corp. and to decrease the plan payment from $431.51 per month to $152.75 per month beginning in November 2018 while the plan term remains at sixty (60) months and the payments to the allowed general unsecured creditors remains at $0.00.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 29, 2018.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge